# EXHIBIT B

**Patent Claims Analysis**
**of**
**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**
**Walgreen**

# US9280689B2

United States

Inventor          Marvin T. Ling

Current Assignee  Individual

Worldwide applications

2011  WO  ~~EP~~  US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments
arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Walgreen has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.*<br><br><br><https://www.walgreens.com/> |

| | | |
|---|---|---|
| | | ### Dictionary<br>Definitions from Oxford Languages · Learn more<br><br>🔊 **trans·ac·tion**<br>/tranˈzakSHən,tran(t)ˈsakSHən/<br><br>*noun*<br>noun: **transaction**; plural noun: **transactions**<br><br>an instance of buying or selling something; a business deal.<br>"in an ordinary commercial transaction a delivery date is essential"<br>Similar: deal  business  agreement  undertaking  affair  arrangement  ⌄<br><br>• the action of conducting business.<br>Similar: negotiation  conduct  conducting  carrying out  performance  ⌄<br><br>• an exchange or interaction between people.<br>"intellectual transactions in the classroom"<br>• published reports of proceedings at the meetings of a learned society.<br>Similar: proceedings  affairs  concerns  dealings  matters  activities  ⌄<br><br>• an input message to a computer system that must be dealt with as a single unit of work.<br><br><https://www.google.com/search?q=transaction+define> @ 2025 |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]** to a person for their use to **purchase goods ["transaction"]**.*<br><br>*For example, Walgreens may give a person a digital wallet identifier (such as "DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00") to use when completing a transaction.*<br><br>---<br>***personal code***<br><br>**DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00**<br><br><https://play.google.com/store/search?q=walgreen&c=apps> © 2025<br><br>---<br>***purchase goods***<br>Yes, but Walgreens Cash rewards will not be earned on the portion of a transaction that was paid for using redemption dollars or store credit..<br><br><https://www.walgreens.com/topic/help/mywalgreens.jsp> © 2025 |
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said | *(b) converting said **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]** into barcode format to form a **User ID Barcode [SEE IMAGE of barcode]**, said **User ID Barcode [SEE IMAGE of barcode]** corresponding to said* |

| | | |
|---|---|---|
| | User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | ***personal code [*** *"DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]* and including at least one **special character** **[DIFFERENT CODES, "DW"]** to distinguish the barcode as a **User ID Barcode** **[SEE IMAGE of barcode]** from a **product barcode** **[SEE IMAGE of barcode]**.<br><br>*For example, Walgreens converts the digital wallet identifier ("DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00") into a barcode that serves as the user's ID. This User ID Barcode corresponds directly to that identifier and contains a special code—such as the prefix "DW"—to distinguish it from regular product barcodes.* |
| | | ***personal code***<br><br>***DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00***<br><br><*https://play.google.com/store/search?q=walgreen&c=apps*> *© 2025* |
| | | ***User ID Barcode*** |



<https://play.google.com/store/search?q=walgreen&c=apps> © 2025

**special character**

*DW*|*1*|*201203365943052*|*9604318913-wallet-m0415*|*0.00*

<https://play.google.com/store/search?q=walgreen&c=apps> © 2025

**product barcode**



| | | |
|---|---|---|
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]** in said **User ID Barcode [SEE IMAGE of barcode]** format by said person for use to **purchase goods ["transaction"]** and storing said **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]** in a **User Vendor Management Server ["myWalgreens"]** to permit purchases to be made at a vendor.* |
| | | *For example, Walgreens allows the person to store the identifier ("DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00") in the form of a User ID Barcode for use during transactions. The same identifier is also stored in the person's myWalgreens account, enabling the person to make purchases at a Walgreens store.* |
| | | **personal code** |
| | | **DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00** |
| | | *<https://play.google.com/store/search?q=walgreen&c=apps>* © 2025 |

### *User ID Barcode*



<*https://play.google.com/store/search?q=walgreen&c=apps*> *© 2025*

### *purchase goods*

Yes, but Walgreens Cash rewards will not be earned on the portion of a transaction that was paid for using redemption dollars or store credit..

<*https://www.walgreens.com/topic/help/mywalgreens.jsp*> *© 2025*

### *User Vendor Management Server*

You can see your current Walgreens Cash rewards balance by logging in to your account at myWalgreens. or on the Walgreens mobile app. You can also view your current Walgreens Cash rewards balance on your last Walgreens receipt or by calling (855) 225-0400.

| | | |
|---|---|---|
| | | *<https://www.walgreens.com/topic/help/mywalgreens.jsp> © 2025* |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account ["your account"]** in a **User Vendor Management Server ["myWalgreens"]**corresponding to said **personal code** ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"].* |
| | | *For example, Walgreens creates a customer account in the myWalgreens system that corresponds to the identifier "DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00."* |
| | | ***User Account*** |
| | | You can see your current Walgreens Cash rewards balance by logging in to <u>your account</u> at myWalgreens. or on the Walgreens mobile app. You can also view your current Walgreens Cash rewards balance on your last Walgreens receipt or by calling (855) 225-0400. |
| | | *<https://www.walgreens.com/topic/help/mywalgreens.jsp> © 2025* |
| | | ***User Vendor Management Server*** |
| | | You can see your current Walgreens Cash rewards balance by logging in to your account at <u>myWalgreens.</u> or on the Walgreens mobile app. You can also view your current Walgreens Cash rewards balance on your last Walgreens receipt or by calling (855) 225-0400. |
| | | *<https://www.walgreens.com/topic/help/mywalgreens.jsp> © 2025* |
| | | ***personal code*** |
| | | ***DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00*** |
| | | *<https://play.google.com/store/search?q=walgreen&c=apps> © 2025* |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e) **depositing funds ["earn 1% Walgreens Cash rewards storewide and 5% on Walgreens branded items"]** in said **User Account ["your account"]** to establish a **credit limit ["Credit for missing Walgreens Cash rewards"]**.* |
| | | *For example, Walgreens adds earned rewards—1% Walgreens Cash on all purchases and 5% on Walgreens-brand items—to the customer's myWalgreens account, and uses this account to issue credits when Walgreens Cash rewards are missing.* |
| | | ***User Account*** |

| | | |
|---|---|---|
| | | You can see your current Walgreens Cash rewards balance by logging in to your account at _myWalgreens._ or on the Walgreens mobile app. You can also view your current Walgreens Cash rewards balance on your last Walgreens receipt or by calling (855) 225-0400.<br><br>_<https://www.walgreens.com/topic/help/mywalgreens.jsp> © 2025_ |
| | | ***depositing funds***<br>You can earn 1% Walgreens Cash rewards storewide and 5% on Walgreens branded items. This only applies to items with the Walgreens and Corner W brands on the packaging.<br><br>_<https://www.walgreens.com/topic/help/mywalgreens.jsp> © 2025_ |
| | | ***credit limit***<br>After logging into your account at _myWalgreens_ click on Credit for missing Walgreens Cash rewards. You can also access this on your mobile phone via the Walgreens mobile app or by calling (855) 225-0400 to speak with a customer service representative.<br><br>_<https://www.walgreens.com/topic/help/mywalgreens.jsp> © 2025_ |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | _(f) conducting purchases at vendors each having a **vendor server ["myWalgreens"]** wherein each purchase includes scanning **product barcode [SEE IMAGE of barcode]**s including **product price ["$4.99"]** and said **User ID Barcode [SEE IMAGE of barcode]** with a **product barcode [SEE IMAGE of barcode] scanner ["contactless checkout" SEE IMAGE of scanner]** at the **vendor cash register ["contactless checkout" SEE IMAGE of cash register]** and transmitting both **product barcode [SEE IMAGE of barcode]**s and **User ID Barcode [SEE IMAGE of barcode]** to said **vendor server ["myWalgreens"]**._<br><br>_For example, Walgreens allows a person to make purchases at vendors that support myWalgreens. During each purchase, both the product barcodes (e.g., $4.99 items) and the person's User ID Barcode are scanned at the vendor's cash register and then transmitted to the person's myWalgreens account._<br><br>***product price*** |



$4.99 $0.67/oz

<https://www.walgreens.com/store/c/kettle-brand-potato-chips-barbeque/ID=300440164-product> *© 2025*

*User ID Barcode*



<https://play.google.com/store/search?q=walgreen&c=apps> © 2025

*product barcode*



$4.99 $0.67/oz

<https://www.walgreens.com/store/c/kettle-brand-potato-chips-barbeque/ID=300440164-product> © 2025

*scanner*
- Quick, contactless checkout is easy with new digital receipts and Wallet

<https://www.walgreens.com/topic/help/mywalgreens.jsp> © 2025



*<https://www.walgreensbootsalliance.com/sites/www/files/2022-06/IMG_0390%20%282%29.jpg>*

***vendor cash register***

- Quick, <u>contactless checkout</u> is easy with new digital receipts and Wallet

*<https://www.walgreens.com/topic/help/mywalgreens.jsp>* *© 2025*



*<https://www.walgreensbootsalliance.com/sites/www/files/2022-06/IMG_0390%20%282%29.jpg>*

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the **User ID Barcode** **[SEE IMAGE of barcode]** at the **vendor server** **["myWalgreens"]** and forwarding the ID Barcode and **purchase price** **["$4.99"]** to said **User Vendor Management Server** **["myWalgreens"]**.*<br><br>*For example, Walgreens detects the person's User ID Barcode in the myWalgreens system and records both the ID Barcode and the purchase amount (e.g., $4.99) in the person's myWalgreens account.*<br><br>***User ID Barcode*** |



*<https://play.google.com/store/search?q=walgreen&c=apps> © 2025*

*purchase price*



*User Vendor Management Server*

You can see your current Walgreens Cash rewards balance by logging in to your account at myWalgreens. or on the Walgreens mobile app. You can also view your current Walgreens Cash rewards balance on your last Walgreens receipt or by calling (855) 225-0400.

<*https://www.walgreens.com/topic/help/mywalgreens.jsp*> *© 2025*

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an | *(h) comparing the **purchase price** ["$4.99"] with the funds in said **User Vendor Management Server** ["myWalgreens"] to determine if there are available funds within the **credit limit** ["Credit for missing Walgreens Cash rewards"] in the **User Vendor Management Server** ["myWalgreens"] account, and if there are, sending an **approval signal** ["digital receipts"] to the **vendor server** ["myWalgreens"].*

*For example, Walgreens compares the $4.99 purchase amount with the available balance in the person's myWalgreens account, specifically the Credit for missing Walgreens Cash rewards, and if sufficient funds are available, sends a digital receipt to* |

| approval signal to the vendor server; | *the myWalgreens account.* |
|---|---|
| | **purchase price**<br><br>< *https://www.walgreens.com/store/c/kettle-brand-potato-chips-barbeque/ID=300440164-product* > *© 2025* |
| | **User Vendor Management Server**<br>You can see your current Walgreens Cash rewards balance by logging in to your account at myWalgreens. or on the Walgreens mobile app. You can also view your current Walgreens Cash rewards balance on your last Walgreens receipt or by calling (855) 225-0400.<br>< *https://www.walgreens.com/topic/help/mywalgreens.jsp* > *© 2025* |
| | **credit limit** |

| | | |
|---|---|---|
| | | After logging into your account at <u>myWalgreens</u> click on <u>Credit for missing Walgreens Cash rewards</u>. You can also access this on your mobile phone via the Walgreens mobile app or by calling (855) 225-0400 to speak with a customer service representative.<br><<u>*https://www.walgreens.com/topic/help/mywalgreens.jsp*</u>> *© 2025* |
| | | ***approval signal***<br>• Quick, contactless checkout is easy with new <u>digital receipts</u> and Wallet<br><<u>*https://www.walgreens.com/topic/help/mywalgreens.jsp*</u>> *© 2025* |
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the* **approval signal** **["digital receipts"]** *to the* **vendor cash register** **["contactless checkout" SEE IMAGE of cash register]**.<br><br>*For example, Walgreens sends the digital receipt to the vendor's cash register.* |
| | | **approval signal**<br>• Quick, contactless checkout is easy with new <u>digital receipts</u> and Wallet<br><<u>*https://www.walgreens.com/topic/help/mywalgreens.jsp*</u>> *© 2025* |
| | | **vendor cash register**<br>• Quick, <u>contactless checkout</u> is easy with new digital receipts and Wallet<br><<u>*https://www.walgreens.com/topic/help/mywalgreens.jsp*</u>> *© 2025* |



*<https://www.walgreensbootsalliance.com/sites/www/files/2022-06/IMG_0390%20%282%29.jpg>*

| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent* **purchase transactions** **["transaction that was paid for"]** *using said* **User ID Barcode** **[SEE IMAGE of barcode]**.<br><br>*For example, Walgreens repeats steps (f) through (i) for any later transactions that are paid using the same User ID Barcode.* |
| --- | --- | --- |
| | | **purchase transactions**<br>      Yes, but Walgreens Cash rewards will not be earned on the portion of a <u>transaction that was paid for</u> using redemption dollars or store credit..<br>*<https://www.walgreens.com/topic/help/mywalgreens.jsp> © 2025* |
| | | ***User ID Barcode*** |



*<https://play.google.com/store/search?q=walgreen&c=apps>* © 2025

- **PRODUCT/SERVICE = "Walgreen"**

- **approval signal = "digital receipts"**
- **credit limit = "Credit for missing Walgreens Cash rewards"**
- **depositing funds = "earn 1% Walgreens Cash rewards storewide and 5% on Walgreens branded items"**
- **personal code = "DW|1|201203365943052|9604318913-wallet-m0415|0.00"**
- **product barcode = SEE IMAGE of barcode**
- **product price = "$4.99"**
- **purchase goods = "transaction"**
- **purchase price = "$4.99"**
- **purchase transactions = "transaction that was paid for"**
- **scanner = "contactless checkout" SEE IMAGE of scanner**
- **special character = DIFFERENT CODES, "DW"**

| | | <ul><li>*User Account = "your account"*</li><li>*User ID Barcode = SEE IMAGE of barcode*</li><li>*User Vendor Management Server = "myWalgreens"*</li><li>*vendor cash register = "contactless checkout" SEE IMAGE of cash register*</li><li>*vendor server = "myWalgreens"*</li></ul> |