# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

**WOLVERINE BARCODE IP, LLC**

**v.**

| | |
|---|---|
| **WALGREEN CO.** | **Civil Action No. 2:26-cv-00153-JRG** |
| | **(Lead Case)** |
| | |
| **JAMBA JUICE, LLC** | **Civil Action No: 2:26-cv-00021-JRG** |
| | **(Member Case)** |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Jacob Henry of the law firm of Ramey LLP, 446 Heights Blvd., Suite 200, Houston, Texas 77007, will appear as co-counsel for Plaintiff, Wolverine Barcode IP, LLC.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

DATED: May 26, 2026

Respectfully submitted,

**Ramey LLP**

/s/ Jacob Henry
Jacob Henry
Texas Bar No. 00790868
446 Height Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923 (telephone)
jhenry@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 26, 2026, with a copy of the foregoing via CM/ECF Filing.

/s/ Jacob Henry
Jacob Henry