## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WALGREEN CO.** | § | **Case No. 2:26-cv-00153-JRG** |
| | § | **(Lead Case)** |
| **JAMBA JUICE, LLC** | § | |
| | § | **Case No. 2:26-cv-00021-JRG** |
| **Defendants.** | § | **(Member Case)** |
| | § | |

### DECLARATION OF DAVID LISCH IN SUPPORT OF
### DEFENDANT WALGREEN CO.'S MOTION TO DISMISS

I, David Lisch, declare under penalties as provided by law the following:

1.    My name is David Lisch. I am a Partner at the law firm of Barnes & Thornburg LLP and one of the attorneys representing Defendant Walgreen Co. ("Walgreens") in the above-captioned lawsuit. I have personal knowledge of the matters stated herein or have performed a diligent investigation into such matters. If called as a witness, I would and could competently testify as to the following matters.

2.    **Exhibit 1** is a true and correct annotated (highlighted) copy of Judge Alan Albright's Injunction Order in *MCOM IP, LLC v. Cisco Systems, Inc.*, Case No. 6:22-cv-00261-ADA (W.D. Tex. Dec. 18, 2025), ECF 78.

3.    **Exhibit 2** is a true and correct annotated (highlighted) copy of the declaration of William P. Ramey, III, and the exhibits attached thereto, filed in *MCOM IP, LLC v. Cisco Systems, Inc.*, Appeal No. 26-1284 (Fed. Cir.), ECF 13-2, 13-3, and 13-4.

1

4.      **Exhibit 3** is a true and correct copy of the May 20, 2026 correspondence from Walgreens, via counsel, to Plaintiff and its counsel, William Ramey.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas, Texas, U.S.A., on May 28, 2026.

*/s/ David Lisch*
David Lisch

2