# EXHIBIT 2

2026-1284

**United States Court of Appeals
For the Federal Circuit**

**MCOM IP, LLC, WILLIAM PETERSON RAMEY, III, RAMEY LLP,**
*Plaintiffs-Appellants*

**v.**

**CISCO SYSTEMS, INC.,**
*Defendant-Appellee*

Appeal from the United States District Court for the Western District of Texas in
Case No. 6:22-cv-00261-ADA
Judge Alan D. Albright

**DECLARATION OF WILLIAM P. RAMEY, III**

I, William P. Ramey, declare as follows:

1. I am an attorney licensed to practice law in the State of Texas and am the principal of Ramey LLP. I was counsel of record for plaintiff mCom IP, LLC ("mCom") in the above-captioned matter against Cisco Systems, Inc. ("Cisco"). I make this declaration in support of my Motion for Partial Stay of Prefiling Injunction Pending Appeal.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. Ex. A is a true and correct copy of an e-mail I received on January 8, 2026, from Judge Albright's Court denying me the right to file  a patent infringement complaint against SUBMITTED (defendant name hidden).

3. Ex. B is a true and correct copy of the claim chart submitted with the complaint I was denied the right to file of Ex. A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8th day of January, 2026.

William P. Ramey, III

# EXHIBIT A

| From: | Michael Dinnella |
|---|---|
| To: | William Ramey; TXWDml_Law Clerks WA Judge Albright & Gilliland |
| Cc: | LitigationParalegals; Litigation Attorneys |
| Subject: | RE: Approval to file complain in WDTX |
| Date: | Thursday, January 8, 2026 12:02:44 PM |
| Attachments: | image001.png |

Counsel,

The Court has reviewed the original complaint, Wolverine Barcode IP, LLC v. Walgreen Co., asserting U.S. Pat. No. 9,280,689, and the corresponding claim chart. Your request to file the complaint is denied. *mCom IP, LLC, v. Cisco Sys., Inc.*, No. 6:22-cv-261-ADA, (W.D. Tex. Dec. 18, 2025).

Judge Albright does not have a delegee at this time. To the extent you wish to ask Judge Albright to approve future filings, please use the following email address: TXWDml_LawClerks_JudgeAlbright@txwd.uscourts.gov.

Regards,

**Michael Dinnella**
Law Clerk to the Honorable Alan D Albright
United States District Court, Western District of Texas

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, January 5, 2026 1:43 PM
**To:** Michael Dinnella <Michael_Dinnella@txwd.uscourts.gov>; TXWDml_Law Clerks WA Judge Albright & Gilliland <TXWDml_LawClerks_WA_JudgeAlbright&Gilliland@txwd.uscourts.gov>
**Cc:** LitigationParalegals <LitParalegals@rameyfirm.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** Approval to file complain in WDTX
**Importance:** High

**CAUTION - EXTERNAL:**

Hi Mr. Dinnella,

I am attaching a complaint package for a case my client would like to file in WDTX. We re attaching:

1. Drafted complaint
2. Asserted patent
3. Claim chart

The claim chart, we believe, satisfies our requirements under the law. *See View Eng'g, Inc. v. Robotic Vision Sys., Inc.*, 208 F.3d 981, 986 (Fed. Cir. 2000).

As there is no procedure for approval, we wanted to start the process. The order mentions that any judge of the Western District of Texas, the Fifth Circuit, or a delegee thereof may approve. Does Judge Albright have a delegee with whom we should communicate?

Please let me know what we should do next as the client asked us to get this case on file.

Sincerely,

Bill

William P. Ramey, III



446 Heights Blvd., Suite 200

Houston, Texas 77007

(713) 426-3923

(832) 900-4941 (facsimile)

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

---

**From:** Michael Dinnella <Michael_Dinnella@txwd.uscourts.gov>
**Sent:** Wednesday, December 17, 2025 10:03 AM
**To:** William Ramey <wramey@rameyfirm.com>; TXWDml_Law Clerks WA Judge Albright & Gilliland <TXWDml_LawClerks_WA_JudgeAlbright&Gilliland@txwd.uscourts.gov>
**Cc:** LitigationParalegals <LitParalegals@rameyfirm.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** RE: mCom v. Cisco

Mr. Ramey,

The Order requires that you receive permission to file from any judge of the Western District of Texas, the Fifth Circuit, or a delegee thereof. A lack of response is insufficient.

Regards,

**Michael Dinnella**
Law Clerk to the Honorable Alan D Albright
United States District Court, Western District of Texas

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, December 17, 2025 9:55 AM

**To:** Michael Dinnella <Michael_Dinnella@txwd.uscourts.gov>; TXWDml_Law Clerks WA Judge Albright & Gilliland <TXWDml_LawClerks_WA_JudgeAlbright&Gilliland@txwd.uscourts.gov>
**Cc:** LitigationParalegals <LitParalegals@rameyfirm.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** RE: mCom v. Cisco

<mark>**CAUTION - EXTERNAL:**</mark>

Hi Mr. Dinnella,

Thank you for the response.  My apologies for the further questions, but I have clients who would like me to file cases in WDTX.  For approval, would it be appropriate to send the cases (complaint package including complaint, patent and claim chart) to this e-mail address and after waiting three (3) days, if no objections, I am authorized to file?

If there is anything I can do to further this issue, please let me know.

Thanks,

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 900-4941 (facsimile)
www.rameyfirm.com

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

---

**From:** Michael Dinnella <Michael_Dinnella@txwd.uscourts.gov>
**Sent:** Wednesday, December 17, 2025 9:14 AM
**To:** William Ramey <wramey@rameyfirm.com>; TXWDml_Law Clerks WA Judge Albright & Gilliland <TXWDml_LawClerks_WA_JudgeAlbright&Gilliland@txwd.uscourts.gov>
**Cc:** LitigationParalegals <LitParalegals@rameyfirm.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** RE: mCom v. Cisco

Counsel,

The Order requires you and Ramey LLP to receive advanced permission from a judge of the Western District, 5th Circuit, or delegee thereof prior to filing. How that approval occurs is not contemplated by the Order.

Regards,

**Michael Dinnella**
Law Clerk to the Honorable Alan D Albright
United States District Court, Western District of Texas

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Tuesday, December 16, 2025 6:13 PM
**To:** TXWDml_Law Clerks WA Judge Albright & Gilliland
<TXWDml_LawClerks_WA_JudgeAlbright&Gilliland@txwd.uscourts.gov>
**Cc:** LitigationParalegals <LitParalegals@rameyfirm.com>; Litigation Attorneys
<litattorneys@rameyfirm.com>
**Subject:** mCom v. Cisco

==**CAUTION - EXTERNAL:**==

Dear Law Clerks,

We are in receipt of this Order and we would like to inquire as to the procedure we need to use to file cases in WDTX. Are we to submit drafted and claim charts for approval?

Thank you,

Bill

William P. Ramey, III

 RAMEY LLP

5020 Montrose Bvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 900-4941 (facsimile)
www.rameyfirm.com

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT B

---

**Patent Claims Analysis**

**of**

<span style="color:red">**US9280689: "Method and apparatus for conducting offline commerce transactions"**</span>

**against**

████████

---

# US9280689B2

United States

Inventor        Marvin T. Ling

Current Assignee Individual

---

Worldwide applications

2011  WO ~~EP~~ US

---

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

---

Total patentTerm Adjustments
arrow_upward
101days

---

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.*  |

| | | |
|---|---|---|
| | |  |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]** to a person for their use to **purchase goods ["transaction"]**.*<br><br>*For example,* ▮▮▮ *may give a person a digital wallet identifier (such as "DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00") to use when completing a transaction.* |
| | | ***personal code***<br><br>***DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00***<br><br>*<https://play.google.com/store/search?q▮▮▮s> © 2025* |
| | | ***purchase*** ▮▮▮<br><br>Yes, but ▮▮▮ rewards will not be earned on the portion of a transaction that was paid for using redemption dollars or store credit..<br><br>◂▮▮▮▮▮▮ © 2025 |
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said | *(b) converting said **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]** into barcode format to form a **User ID Barcode [SEE IMAGE of barcode]**, said **User ID Barcode [SEE IMAGE of barcode]** corresponding to said* |

| | |
|---|---|
| User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]** and including at least one **special character [DIFFERENT CODES, "DW"]** to distinguish the barcode as a **User ID Barcode [SEE IMAGE of barcode]** from a **product barcode [SEE IMAGE of barcode]**.<br><br>For example, ▮▮▮▮▮ converts the digital wallet identifier ("DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00") into a barcode that serves as the user's ID. This User ID Barcode corresponds directly to that identifier and contains a special code—such as the prefix "DW"—to distinguish it from regular product barcodes.<br><br>---<br><br>**personal code**<br><br>**DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00**<br><br>*<https://play.google.com/store/search?q=*▮▮▮▮▮▮> © 2025<br><br>---<br><br>***User ID Barcode*** |



<https://play.google.com/store/search?q=██████████s> © 2025

**special character**

*DW|1|201203365943052|9604318913-wallet-m0415|0.00*

<https://play.google.com/store/search?q=████████████> © 2025

**product barcode**



| | | |
|---|---|---|
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]** in said **User ID Barcode [SEE IMAGE of barcode]** format by said person for use to **purchase goods ["transaction"]** and storing said **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]** in a **User Vendor Management Server** ▮ permit purchases to be made at a vendor.* <br><br> *For example, ▮ allows the person to store the identifier ("DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00") in the form of a User ID Barcode for use during transactions. The same identifier is also stored in the person's ▮ account, enabling the person to make purchases at a ▮ store.* <br><br> ***personal code*** <br><br> ***DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00*** <br><br> *<https://play.google.com/store/search?q▮> © 2025* |

**User ID Barcode**



<https://play.google.com/store/search?q=███████> © 2025

**purchase goo███████**

Yes, but ███████ rewards will not be earned on the portion of a transaction that was paid for using redemption dollars or store credit..

<https://www.███████.com/topic/help███████████ © 2025

**User Vendor Management Server**

You can see your current ███████ rewards balance by logging in to your account at ███████ or on the ███████ mobile app. You can also view your current ███████ rewards balance on your last ███████ receipt or by calling ███████



| | | |
|---|---|---|
| | | *<https://www.walgreens.com/topic/help/*████████*.jsp>* © 2025 |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account ["your account"]** in a **User Vendor Management Server** ██████████ corresponding to said **personal code ["DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00"]**.*<br><br>*For example, ██████ creates a customer account in the ████████ system that corresponds to the identifier "DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00."* |
| | | **User Account**<br>You can see your current ████████ rewards balance by logging in to your account at ████████ or on the ██████ mobile app. You can also view your current ████████ rewards balance on your last ████████ receipt or by calling ████████<br>*<https://*████████*/topic/help/*████████ © 2025 |
| | | **User Vendor Management Server**<br>You can see your current ████████ rewards balance by logging in to your account at ████████ or on the ██████ mobile app. You can also view your current ████████ rewards balance on your last ████████ receipt or by calling ████████<br>*<https://www.*██████*.com/topic/help*████████*p>* © 2025 |
| | | **personal code**<br><br>**DW\|1\|201203365943052\|9604318913-wallet-m0415\|0.00**<br><br>*<https://play.google.com/store/search?q=*████████*apps>* © 2025 |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e) **depositing funds ["earn 1% ████████ rewards storewide and 5% on Walgreens branded items"]** in said **User Account ["your account"]** to establish a **credit limit ["Credit for missing ████████ rewards"]**.*<br><br>*For example, ████████ adds earned rewards—1% ████████ on all purchases and 5% on ████████—to the customer's ████████ account, and uses this account to issue credits when ████████ Cash rewards are missing.* |
| | | **User Account** |



You can see your current ▮▮▮▮▮ rewards balance by logging in to your account at ▮▮▮▮▮ or on the ▮▮▮▮▮ mobile app. You can also view your current ▮▮▮▮▮ rewards balance on your last ▮▮▮▮▮ receipt or by calling ▮▮▮▮▮

<https://▮▮▮▮▮/topic/help/▮▮▮▮▮> © 2025

**_depositing funds_**

You can earn 1% ▮▮▮▮▮ Cash rewards storewide and 5% on Walgreens branded items. This only applies to items with the ▮▮▮▮▮ and ▮▮▮▮▮ brands on the packaging.

<https://▮▮▮▮▮> © 2025

**_credit limit_**

After logging into your account at ▮▮▮▮▮ click on Credit for missing ▮▮▮▮▮ rewards. You can also access this on your mobile phone via the ▮▮▮▮▮ mobile app or by calling ▮▮▮▮▮ to speak with a customer service representative.

<https://▮▮▮▮▮/topic/▮▮▮▮▮ © 2025

| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *(f) conducting purchases at vendors each having a* **vendor server** *["*▮▮▮▮▮*"]* *wherein each purchase includes scanning* **product barcode** *[SEE IMAGE of barcode]s including* **product price** *["$4.99"] and said* **User ID Barcode** *[SEE IMAGE of barcode] with a* **product barcode** *[SEE IMAGE of barcode] scanner ["contactless checkout" SEE IMAGE of scanner] at the* **vendor cash register** *["contactless checkout" SEE IMAGE of cash register] and transmitting both* **product barcode** *[SEE IMAGE of barcode]s and* **User ID Barcode** *[SEE IMAGE of barcode] to said* **vendor server** ▮▮▮▮▮<br><br>*For example,* ▮▮▮▮▮ *allows a person to make purchases at vendors that support* ▮▮▮▮▮*. During each purchase, both the product barcodes (e.g., $4.99 items) and the person's User ID Barcode are scanned at the vendor's cash register and then transmitted to the person's* ▮▮▮▮▮ *account.*<br><br>**_product price_** |



$4.99 $0.67/oz

*<https://_____m/store/c/kettle-brand-potato-chips-barbeque/ID=300440164-product> © 2025*

**User ID Barcode**



<https://play.google.com/store/search?q... ps> © 2025

*product barcode*



/store/c/kettle-brand-potato-chips-barbeque/ID=300440164-product> © 2025

**scanner**

- Quick, contactless checkout is easy with new digital receipts and Wallet

<https://www. /topic/help > © 2025



<https://███████████████e.com/sites/www/files/2022-06/IMG_0390%20%282%29.jpg>

**vendor cash register**

- Quick, <u>contactless checkout</u> is easy with new digital receipts and Wallet

<https://███████████/topic/help/███████████> © 2025



*<https://░░░░░░░░░░░░.com/sites/www/files/2022-06/IMG_0390%20%282%29.jpg>*

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the* **User ID Barcode** **[SEE IMAGE of barcode]** *at the* **vendor server** **["**░░░░░░░**"]** *and forwarding the ID Barcode and* **purchase price** **["$4.99"]** *to said* **User Vendor Management Server** ░░░░░░░░. <br><br>*For example,* ░░░░░░ *detects the person's User ID Barcode in the* ░░░░░░ *system and records both the ID Barcode and the purchase amount (e.g., $4.99) in the person's* ░░░░░░ *account.* <br><br>**User ID Barcode** |



<https://play.google.com/store/search?q▮▮▮▮=apps> © 2025

*purchase price*



<https://[redacted]/store/c/kettle-brand-potato-chips-barbeque/ID=300440164-product> © 2025

**User Vendor Management Server**

You can see your current [redacted] rewards balance by logging in to your account at [redacted] or on the [redacted] mobile app. You can also view your current [redacted] rewards balance on your last [redacted] receipt or by calling [redacted].

<https://[redacted]pic/help/mywalgreens.jsp> © 2025

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an | (h) comparing the **purchase price ["$4.99"]** with the funds in said **User Vendor Management Server** [redacted] to determine if there are available funds within the **credit limit ["Credit for missing [redacted] Cash rewards"]** in the **User Vendor Management Server ["[redacted]"]** account, and if there are, sending an **approval signal ["digital receipts"]** to the **vendor server ["[redacted].**<br><br>For example, [redacted] compares the $4.99 purchase amount with the available balance in the person's [redacted] account, specifically the Credit for missing [redacted] rewards, and if sufficient funds are available, sends a digital receipt to |

| approval signal to the vendor server; | *the* ▮▮▮▮ *account.* |
|---|---|
| | *purch*▮▮▮▮  $4.99 $0.67/oz <br> *<https://*▮▮▮*tore/c/kettle-brand-potato-chips-barbeque/ID=300440164-product> © 2025* |
| | ***User Vendor Management Serv***▮ You can see your current ▮▮▮▮ rewards balance by logging in to your account at ▮▮▮▮ or on the ▮▮▮▮ mobile app. You can also view your current ▮▮▮▮ rewards balance on your last ▮▮▮▮ receipt or by calling ▮▮▮▮ *<https://*▮▮▮*m/topic/help/*▮▮▮*sp> © 2025* |
| | *credit limit* |



|  |  |  |
|---|---|---|
| | | After logging into your account at ▮▮▮ click on <u>Credit for missing</u> ▮▮▮ <u>ewards</u>. You can also access this on your mobile phone via the ▮▮▮ mobile app or by calling ▮▮▮ to speak with a customer service representative. <br><br> *<https:▮▮▮/topic/help▮▮▮p>* © 2025 |
| | | ***approval signal*** <br> • Quick, contactless checkout is easy with new <u>digital receipts</u> and Wallet <br> *<https:▮▮▮topic/help▮▮▮>* © 2025 |
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the* **approval signal *["digital receipts"]*** *to the* **vendor cash register** *["**contactless checkout" SEE IMAGE of cash register**].* <br><br> *For example,* ▮▮▮ *the digital receipt to the vendor's cash register.* |
| | | ***approval signal*** <br> • Quick, contactless checkout is easy with new <u>digital receipts</u> and Wallet <br> *<https:▮▮▮/topic/help▮▮▮* © 2025 |
| | | ***vendor cash register*** <br> • Quick, <u>contactless checkout</u> is easy with new digital receipts and Wallet <br> *<https:▮▮▮opic/help▮▮▮.jsp>* © 2025 |



*<https://████████████████/sites/www/files/2022-06/IMG_0390%20%282%29.jpg>*

| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent* **purchase transactions ["transaction that was paid for"]** *using said* **User ID Barcode** *[SEE IMAGE of barcode].*<br><br>*For example,* ████████████ *steps (f) through (i) for any later transactions that are paid using the same User ID Barcode.* |
|------|------|------|
| | | **purchase transactions**<br>Yes, but ████████ rewards will not be earned on the portion of a <u>transaction that was paid for</u> using redemption dollars or store credit..<br>*<https://w████████/topic/help████████>* © 2025 |
| | | **User ID Barcode** |



<https://play.google.com/store/search?q=apps> © 2025

- **PRODUCT/SERVICE =**

- *approval signal = "digital receipts"*
- *credit limit = "Credit for missing ▇▇▇ Cash rewards"*
- *depositing funds = "earn 1% ▇▇▇ Cash rewards storewide and 5% on ▇▇▇ branded items"*
- *personal code = "DW|1|201203365943052|9604318913-wallet-m0415|0.00"*
- *product barcode = SEE IMAGE of barcode*
- *product price = "$4.99"*
- *purchase goods = "transaction"*
- *purchase price = "$4.99"*
- *purchase transactions = "transaction that was paid for"*
- *scanner = "contactless checkout" SEE IMAGE of scanner*
- *special character = DIFFERENT CODES, "DW"*

| | | <ul><li>**User Account = "your account"**</li><li>**User ID Barcode = *SEE IMAGE of barcode***</li><li>**User Vendor Management Server =** ▮▮▮▮▮</li><li>**vendor cash register = "contactless checkout" *SEE IMAGE of cash register***</li><li>**vendor server =** ▮▮▮▮</li></ul> |
| --- | --- | --- |