**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WALGREEN CO.** | § | **Case No. 2:26-cv-00153-JRG** |
| | § | **(Lead Case)** |
| **JAMBA JUICE, LLC** | § | |
| | § | **Case No. 2:26-cv-00021-JRG** |
| **Defendants.** | § | **(Member Case)** |
| | § | |

**ORDER GRANTING WALGREENS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Walgreens' Motion to Dismiss Plaintiff's Complaint ("Motion"). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Plaintiff's Complaint (Dkt. 1) is, accordingly, dismissed with prejudice.

The Court further finds that this case is exceptional within the meaning of 35 U.S.C. § 285 and awards Walgreens its reasonable attorneys' fees and costs incurred in defending against Plaintiff's claims. Walgreens shall file a motion or application for fees, together with supporting documentation, within fourteen (14) days of the entry of this Order.