## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | |
| **Plaintiff,** | |
| **v.** | |
| **WALGREEN CO.** | **Case No. 2:26-cv-00153-JRG** |
| | **(Lead Case)** |
| **JAMBA JUICE, LLC** | |
| | **Case No. 2:26-cv-00021-JRG** |
| **Defendants.** | **(Member Case)** |

## JOINT MOTION TO STAY ALL DEADLINES PENDING RESOLUTION OF APPEAL

Plaintiff Wolverine Barcode IP, LLC ("Wolverine") and Defendant Walgreen Co. ("Walgreen") hereby jointly move this Court for a stay of all deadlines in this action (Lead Case No. 2:26-cv-00153-JRG) pending a final decision of any appeal of the order and judgment finding U.S. Patent No. 9,280,689 (the "'689 Patent") invalid in a related litigation in the United States District Court for the Northern District of Texas, *Wolverine Barcode IP, LLC v. Albertsons Companies, Inc.*, 3:25-cv-01448-B (the "Albertsons Action").

In the present matter, Wolverine filed its complaint against Walgreens on February 27, 2026, which asserted one cause of action—infringement of the '689 Patent (and no other patents). Dkt. 1. On July 9, 2026, the court in the Albertsons Action entered a Final Judgment finding the '689 Patent invalid as ineligible for patent protection under 35 U.S.C. § 101. *Wolverine Barcode IP, LLC v. Albertsons Companies, Inc.,* Case No. 3:25-cv-01448-B, Dkt. 32 (N.D. Tex. July 9, 2026) ("Final Judgment"). Wolverine has indicated it currently plans to appeal the Final Judgment. However, pending a final decision of that appeal, the Parties agree that, in the present matter (No.

1

2

2:26-cv-00153-JRG), for efficiency of the parties and the Court, this matter should be stayed. Accordingly, the Parties respectfully request that this Court stay all deadlines pending the appeal of the Final Judgement in the Albertsons Action. This Motion is not sought for purposes of delay, but rather to allow efficiency of the parties and the Court and so that justice may be done.

2

Dated: July 16, 2026

Respectfully submitted,

By: */s/ William P. Ramey, III (with permission)*
William P. Ramey, III
State Bar No. 24027643
RAMEY LLP
446 Heights Blvd., Suite 200
Houston, TX 77007
(713) 426-3923
E-mail: wramey@rameyfirm.com
Attorney for Plaintiff

*/s/ David Lisch*
Mark C. Nelson (lead counsel)
TX Bar No. 00794361
David Lisch
TX Bar No. 24077179
BARNES & THORNBURG LLP
2121 North Pearl Street, Ste. 700
Dallas, TX 75201
Tel: (214) 258-4200
Fax: (214) 258-4199
mark.nelson@btlaw.com
david.lisch@btlaw.com
**COUNSEL FOR WALGREEN CO.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026 a copy of the foregoing document was served via the Court's ECF system on all parties who are deemed to have consented to electronic service.

*/s/ David Lisch*
David Lisch

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies Plaintiff and Defendant have complied with the meet and confer requirement set forth in Local Rule CV-7(h) by jointly discussing this Motion.

*/s/ David Lisch*
David Lisch

3