**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:26-CV-00153-JRG |
| | § | (LEAD CASE) |
| WALGREEN CO., | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is the Joint Motion to Stay All Deadlines Pending Resolution of Appeal (the "Motion"). (Dkt No. 41). In the Motion, Plaintiff and Defendant Walgreen Co. request a stay pending an appeal in related litigation, in which the Asserted Patent was found to be invalid. (*Id.* at 1).

Having considered the Motion, and noting it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED**. The parties are instructed to file a joint status report with this Court within ten (10) days of the resolution of the above noted appeal. They shall also deliver a courtesy copy of any such report to chambers.

So ORDERED and SIGNED this 21st day of July, 2026.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE