## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **WALGREEN CO.,** <br><br> **Defendant.** | **Civil Action No. 2:26-cv-00153** <br> **(Lead Case)** <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |
| v. <br><br> **JAMBA JUICE, LLC,** <br><br> **Defendant.** | **Civil Action No. 2:26-cv-00021** <br> **(Member Case)** |

### JOINT MOTION TO DISMISS BY WOLVERINE BARCODE IP, LLC AND JAMBA JUICE, LLC WITHOUT PREJUDICE

Plaintiff Wolverine Barcode IP, LLC ("Wolverine") and Defendant Jamba Juice, LLC ("Jamba") jointly move pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c) for an order dismissing without prejudice all claims and counterclaims between them in member case Civil Action No. 2:26-cv-00021. In support, the parties state as follows:

1.      Wolverine filed this action alleging infringement of U.S. Patent No. 10,438,689 (the "'689 Patent").

2.      Jamba answered Wolverine's complaint and asserted counterclaims seeking declaratory relief concerning the '689 Patent.

3.      The parties have agreed that Wolverine's claims against Jamba and Jamba's counterclaims against Wolverine should be dismissed without prejudice.

4.      The parties therefore request that the Court dismiss without prejudice all claims and counterclaims between Wolverine and Jamba, with each party bearing its own costs and attorneys' fees.

1

5.    Because the requested dismissal will resolve all claims and counterclaims between Wolverine and Jamba, Jamba's pending Motion to Dismiss for Failure to State a Claim (Dkt. 22) should be denied as moot.

6.    The requested relief is limited to Wolverine's claims against Jamba and Jamba's counterclaims against Wolverine in member case Civil Action No. 2:26-cv-00021. It does not affect any claim, counterclaim, defense, or party in the lead case or any other member case.

WHEREFORE, Wolverine and Jamba respectfully request that the Court grant this Joint Motion, dismiss without prejudice all claims and counterclaims between them in member case Civil Action No. 2:26-cv-00021, deny Jamba's pending Motion to Dismiss as moot, and grant such other relief as the Court deems appropriate.

Dated: July 22, 2026

Respectfully submitted,

**RAMEY LLP**

/s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923

**ATTORNEYS FOR PLAINTIFF**
**WOLVERINE BARCODE IP, LLC**

**FISH & RICHARDSON P.C.**

/s/ Riley J. Green
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Lance E. Wyatt
Texas Bar No. 24093397
wyatt@fr.com
Riley J. Green
Texas Bar No. 24131352
rgreen@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

**COUNSEL FOR DEFENDANT**
**JAMBA JUICE, LLC**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on July 22, 2026, upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ William P. Ramey, III
William P. Ramey, III