**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WALGREEN CO.,**<br><br>**Defendant.** | **Civil Action No. 2:26-cv-00153**<br>**(Lead Case)**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |
| **v.**<br><br>**JAMBA JUICE, LLC,**<br><br>**Defendant.** | **Civil Action No. 2:26-cv-00021**<br>**(Member Case)** |

**ORDER GRANTING JOINT MOTION TO DISMISS**

Before the Court is the Joint Motion to Dismiss Claims and Counterclaims Between Wolverine Barcode IP, LLC and Jamba Juice, LLC Without Prejudice. Having considered the Motion, and because the requested relief is agreed, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that:

1.      All claims asserted by Wolverine Barcode IP, LLC against Jamba Juice, LLC in member case Civil Action No. 2:26-cv-00021 are DISMISSED WITHOUT PREJUDICE.

2.      All counterclaims asserted by Jamba Juice, LLC against Wolverine Barcode IP, LLC in member case Civil Action No. 2:26-cv-00021 are DISMISSED WITHOUT PREJUDICE.

3.      Wolverine Barcode IP, LLC and Jamba Juice, LLC shall each bear their own costs and attorneys' fees.

4.      Jamba Juice, LLC's pending Motion to Dismiss for Failure to State a Claim (Dkt. 22) is DENIED AS MOOT.

1

5.      The Clerk of Court shall terminate Jamba Juice, LLC as a party and close member case

Civil Action No. 2:26-cv-00021. This Order does not affect any claim, counterclaim, defense, or

party in the lead case or any other member case.

All relief not expressly granted by this Order is denied.